

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case no. 17-mj-30564

v.

JONATHAN NEGRONI-RODRIGUEZ,

           Defendant.

_____/

## *EX PARTE* ORDER ADMITTING EXPERT and EQUIPMENT FOR MENTAL HEALTH EVALUATION

**UPON THE STATEMENT** of Raymond A. Cassar, Counsel for Defendant that the defendant requires the services of a mental health expert to assist counsel in representation in the above-noted matter; and that he has retained the services of Dr. Dennis Sugrue, Ph.D. of Bloomfield Hills, Michigan.

**IT IS ORDERED** that Dr. Dennis Sugrue, Ph.D., be admitted and permitted to conduct a mental health evaluation of Jonathan Negroni-Rodriguez at the Milan Federal Correctional Institution and/or any other county jail / Federal holding facility where he may be held.

**IT IS FURTHER ORDERED** that Dr. Sugrue be permitted to bring the necessary items for mental health testing and evaluation, including a laptop computer, blocks, pictures, cards and books, and other testing material; and Dr. Dennis Sugrue be allowed to examine Mr. Negroni-Rodriguez in a private, confidential area, and that he be permitted to meet with him for the necessary time to conduct a complete examination.

**IT IS SO ORDERED.**

FEB 02 2018
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Dated: 2/2/18

_____
HONORABLE MAGISTRATE JUDGE
United States Eastern District Court
David R. Grand